# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| BRIAN RUBY, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and CCC INFORMATION SERVICES, INC.,<br><br>    Defendants. | Case No.: 8:19-cv-02922-T-MSS-AEP |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

\_\_\_X\_\_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Date: January 2, 2020                                       Respectfully submitted,

                                                            */s/ Jason R. Burt*

Marguerite M. Sullivan (*pro hac vice*)
marguerite.sullivan@lw.com
Jason R. Burt (*pro hac vice*)
jason.burt@lw.com
George C. Chipev (*pro hac vice*)
george.chipev@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Joseph H. Varner, III
Florida Bar No. 394904
HOLLAND & KNIGHT LLP
P O Box 1288
Tampa FL 33601-1288
Telephone: 813-227-8500 / Fax: 813-229-0134
joe.varner@hklaw.com
Secondary:  gloria.mcknight@hklaw.com

*Attorneys for CCC Information Services, Inc.*