UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:19-CV-02922

**BRIAN RUBY**, individually and on behalf
of all those similarly situated,

    Plaintiff,

v.

**UNITED SERVICES AUTOMOBILE
ASSOCIATION and CCC
INFORMATION SERVICES, INC.**,

    Defendants.    /

**DEFENDANTS UNITED SERVICES AUTOMOBILE ASSOCIATION AND CCC
INFORMATION SERVICES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant United Services Automobile Association ("USAA") and CCC Information Services, Inc. ("CCC") respectfully submit this Notice of Supplemental Authority,[1] hereby notifying the Court of the following:

- Walker v. Allstate Prop. & Cas. Ins. Co., Case No. 2:19-CV-701-RDP (N.D. Ala. March 10, 2020) (Judge R. David Proctor), attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ *Rodger L. Eckelberry* | /s/ *Marguerite M. Sullivan* (per email approval on 3/13/2020) |
| Rodger L. Eckelberry (Ohio Bar # 0071207) | Marguerite M. Sullivan |
| Andrea C. Wiltrout (Ohio Bar # 0098288) | LATHAM & WATKINS, LLP |
| Mathew G. Drocton (Ohio Bar #0093742) | 330 North Wabash Avenue, Ste. 2800 |
| BAKER & HOSTETLER LLP | Chicago, IL  60611 |
| 200 Civic Center Drive, Suite 1200 | Telephone:  312-876-7700 |
| Columbus, Ohio 43215 | Fax:  312-993-9767 |
| Telephone: 614-228-1541 | Email: marguerite.sullivan@lw.com |
| Facsimile: 614-462-2616 | |
| Email: reckelberry@bakerlaw.com | Joseph H. Varner, III |
| awiltrout@bakerlaw.com | |

---

[1] USAA and CCC are mindful that of the Court's denial of their request to file a reply and do not seek to circumvent the Court's ruling.  However, USAA and CCC believe that the Court would want to see a decision on an identical issue rendered just days ago by a sister court.

| | |
|---|---|
| mdrocton@bakerlaw.com<br><br>And<br><br>Jerry R. Linscott (Florida Bar # 148009)<br>BAKER & HOSTETLER LLP<br>200 S. Orange Ave. #2300<br>Orlando, Florida 32801<br>Telephone: 407-649-4024<br>Facsimile: 407-841-0168<br>Email: jlinscott@bakerlaw.com<br><br>*Attorneys for Defendant*<br>*United Services Automobile Association* | HOLLAND & KNIGHT, LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL  33602<br>Telephone: 813-227-8500<br>Fax: 813-229-0134<br>Email:  joe.varner@hklaw.com<br><br>George Chipev<br>Jason Randall Burt<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  202-637-2200<br>Fax:  202-637-2201<br>Email: george.chipev@lw.com<br>          jason.burt@lw.com<br><br>*Attorneys for Defendant*<br>*CCC Information Services, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2020, a true and correct copy of the foregoing document was served by notification through the Court's electronic filing system, or if an individual is not registered with the Court's filing system, though electronic mail upon the following:

Jonathan H. Waller (WAL073)
2001 Park Place, Suite 900
Birmingham, AL  35203
Telephone:  (205) 313-7330
jwaller@waller-law.com

John Allen Yanchunis, Sr.
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813-275-5272
Fax:  813-275-9295
Email:  jyanchunis@forthepeople.com

Jonathan Betten Cohen
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813-223-5505
Fax:  813-397-2315
Email:  jcohen@forthepeople.com

*Attorneys for Plaintiff*

Marguerite M. Sullivan
LATHAM & WATKINS, LLP
330 North Wabash Avenue, Ste. 2800
Chicago, IL  60611
Telephone: 312-876-7700
Fax:  312-993-9767
Email: marguerite.sullivan@lw.com

Joseph H. Varner, III
HOLLAND & KNIGHT, LLP
100 N. Tampa St., Suite 4100
Tampa, FL  33602
Telephone: 813-227-8500
Fax: 813-229-0134
Email: joe.varner@hklaw.com

George Chipev
Jason Randall Burt
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
Telephone:  202-637-2200
Fax:  202-637-2201
Email: george.chipev@lw.com
         jason.burt@lw.com

*Attorneys for Defendant*
*CCC Information Services, Inc.*


*/s/  Rodger L. Eckelberry*
BAKER & HOSTETLER LLP

*Attorney for Defendant*
*United Services Automobile Association*

4832-7866-6423.1