# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**CASE NO. 8:19-CV-02922**

**BRIAN RUBY**, individually and on behalf of
all those similarly situated,

    Plaintiff,

v.

**UNITED SERVICES AUTOMOBILE
ASSOCIATION and CCC INFORMATION
SERVICES, INC.**,

    Defendants.

## DEFENDANT UNITED SERVICES AUTOMOBILE ASSOCIATION'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant United Services Automobile Association ("USAA") respectfully submits this Notice of Supplemental Authority,[1] hereby notifying the Court of the following:

- Philips v. Garrison Property & Casualty, et al., Case No. 2:19-cv-01727-JEO (N.D. Ala. May 12, 2020) (Chief Magistrate Judge John E. Ott), attached as Exhibit A.

Respectfully submitted,

/s/ *Rodger L. Eckelberry*
Rodger L. Eckelberry (Ohio Bar # 0071207)
Andrea C. Wiltrout (Ohio Bar # 0098288)
Mathew G. Drocton (Ohio Bar #0093742)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: 614-228-1541
Facsimile: 614-462-2616
Email: reckelberry@bakerlaw.com
awiltrout@bakerlaw.com
mdrocton@bakerlaw.com

And

---

[1] As with USAA's first Notice of Supplemental Authority (ECF No. 44), USAA is mindful that of the Court's denial of its request to file a reply and again does not seek to circumvent the Court's ruling. However, USAA believes that the Court would want to see another decision on an identical issue issued recently by a sister court.

2

Jerry R. Linscott (Florida Bar # 148009)
BAKER & HOSTETLER LLP
200 S. Orange Ave. #2300
Orlando, Florida 32801
Telephone: 407-649-4024
Facsimile: 407-841-0168
Email: jlinscott@bakerlaw.com

*Attorneys for Defendant*
*United Services Automobile Association*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2020, a true and correct copy of the foregoing document was served by notification through the Court's electronic filing system, or if an individual is not registered with the Court's filing system, though electronic mail upon the following:

Jonathan H. Waller (WAL073)
2001 Park Place, Suite 900
Birmingham, AL  35203
Telephone:  (205) 313-7330
jwaller@waller-law.com

John Allen Yanchunis, Sr.
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813-275-5272
Fax:  813-275-9295
Email:  jyanchunis@forthepeople.com

Jonathan Betten Cohen
MORGAN & MORGAN, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813-223-5505
Fax:  813-397-2315
Email:  jcohen@forthepeople.com

*Attorneys for Plaintiff*

Marguerite M. Sullivan
LATHAM & WATKINS, LLP
330 North Wabash Avenue, Ste. 2800
Chicago, IL  60611
Telephone: 312-876-7700
Fax:  312-993-9767
Email: marguerite.sullivan@lw.com

Joseph H. Varner, III
HOLLAND & KNIGHT, LLP
100 N. Tampa St., Suite 4100
Tampa, FL  33602
Telephone: 813-227-8500
Fax: 813-229-0134
Email: joe.varner@hklaw.com

George Chipev
Jason Randall Burt
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC  20004
Telephone:  202-637-2200
Fax:  202-637-2201
Email: george.chipev@lw.com
            jason.burt@lw.com

*Attorneys for Defendant
CCC Information Services, Inc.*


        */s/  Rodger L. Eckelberry*
        BAKER & HOSTETLER LLP

        *Attorney for Defendant
        United Services Automobile Association*

4820-5771-8717.1