UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:19-CV-02922

**BRIAN RUBY**, individually and on
behalf of all those similarly situated,

    Plaintiff,

v.

**UNITED SERVICES
AUTOMOBILE ASSOCIATION and
CCC INFORMATION SERVICES,
INC.**,

    Defendants.

## JOINT STIPULATION AND MOTION FOR DISMISSAL

Plaintiff Brian Ruby ("Plaintiff") and Defendants United Services Automobile Association and CCC Information Services, Inc. ("Defendants"), by and through their respective undersigned counsel (the "Parties"), stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this litigation is voluntarily dismissed with prejudice as to all claims of named Plaintiff, and without prejudice as to all claims of any unnamed member of the putative class, with each party to bear their own attorney's fees and costs. The Parties hereby move the court for entry of an Order acknowledging the dismissal of the action pursuant to Rule 41(a)(1)(A)(ii) and directing the Clerk to close the case.

Dated this 13th day of June, 2022.

| | |
|---|---|
| */s/ Jonathan H. Waller* (per email approval on 6/6)<br>Jonathan H. Waller<br>Waller Law Office, P.C.<br>2001 Park Place North<br>Suite 900<br>Birmingham, AL 35203<br>(205) 313-7330<br>jwaller@waller-law.com<br><br><br>John A. Yanchunis (FBN 324681)<br>Ryan J. McGee (FBN 064957)<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 275-5272<br>Facsimile: (813) 275-9295<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br><br>*Attorneys for Plaintiff Brian Ruby* | /s/ *Rodger L. Eckelberry*<br>Rodger L. Eckelberry (Ohio Bar # 0071207)<br>Andrea C. Wiltrout (Ohio Bar # 0098288)<br>Mathew G. Drocton (Ohio Bar #0093742)<br>BAKER & HOSTETLER LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>Telephone: 614-228-1541<br>Facsimile: 614-462-2616<br>Email: reckelberry@bakerlaw.com<br>awiltrout@bakerlaw.com<br>mdrocton@bakerlaw.com<br><br>Jerry R. Linscott (Florida Bar # 148009)<br>BAKER & HOSTETLER LLP<br>200 S. Orange Ave. #2300<br>Orlando, Florida 32801<br>Telephone: 407-649-4024<br>Facsimile: 407-841-0168<br>Email: jlinscott@bakerlaw.com<br><br>*Attorneys for Defendant*<br>*United Services Automobile Association* |
| | /s/ *Marguerite M. Sullivan* (per email approval on 6/6)<br>Marguerite M. Sullivan (*pro hac vice*)<br>marguerite.sullivan@lw.com<br>Jason R. Burt (*pro hac vice*)<br>jason.burt@lw.com<br>George C. Chipev (*pro hac vice*)<br>george.chipev@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 |

2

|  | marguerite.sullivan@lw.com<br>jason.burt@lw.com<br>george.chipev@lw.com<br><br>Joseph H. Varner, III<br>Florida Bar No. 394904<br>HOLLAND & KNIGHT LLP<br>P O Box 1288<br>Tampa FL 33601-1288<br>Telephone: 813-227-8500 / Fax: 813-229-0134<br>joe.varner@hklaw.com<br>Secondary:  gloria.mcknight@hklaw.com<br><br>*Attorneys for Defendant*<br>*CCC Information Services, Inc.* |
|---|---|

4864-7144-6820.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 13th 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system or via electronic mail for any unregistered party.

| | |
|---|---|
| Jonathan H. Waller<br>2001 Park Place, Suite 900<br>Birmingham, AL  35203<br>Telephone:  (205) 313-7330<br>jwaller@waller-law.com<br><br>John Allen Yanchunis, Sr.<br>MORGAN & MORGAN, P.A.<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL  33602<br>Telephone:  813-275-5272<br>Fax:  813-275-9295<br>Email:  jyanchunis@forthepeople.com<br><br>Jonathan Betten Cohen<br>MORGAN & MORGAN, P.A.<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL  33602<br>Telephone:  813-223-5505<br>Fax:  813-397-2315<br>Email:  jcohen@forthepeople.com<br><br>*Attorneys for Plaintiff* | Marguerite M. Sullivan<br>LATHAM & WATKINS, LLP<br>330 North Wabash Avenue, Ste. 2800<br>Chicago, IL  60611<br>Telephone:  312-876-7700<br>Fax:  312-993-9767<br>Email:<br>    marguerite.sullivan@lw.com<br><br>Joseph H. Varner, III<br>HOLLAND & KNIGHT, LLP<br>100 N. Tampa St., Suite 4100<br>Tampa, FL  33602<br>Telephone: 813-227-8500<br>Fax: 813-229-0134<br>Email:  joe.varner@hklaw.com<br><br>George Chipev<br>Jason Randall Burt<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  202-637-2200<br>Fax:  202-637-2201<br>Email:    george.chipev@lw.com<br>    jason.burt@lw.com<br><br>*Attorneys for Defendant*<br>*CCC Information Services, Inc.* |

4

<u>*/s/ Rodger L. Eckelberry*</u>
BAKER & HOSTETLER LLP

4864-7144-6820.1